**ORDERED in the Southern District of Florida on March 15, 2016.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DONALD JAMES STEPHAN, Case No. 15-31630-JKO

Debtor. Chapter 7
_________________________________/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS CAUSE came on before the court without a hearing upon the Motion for Relief from Stay (the "Motion") [ECF No. 20] filed by IBERIABANK, on negative notice pursuant to Local Rule 4001-1(C), that there being no response filed to the Motion as set forth in the Certificate of No Response filed by Movant [ECF No. 24], and the Court being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. That the Motion is GRANTED so that IBERIABANK may proceed with all available *in rem* rights and remedies involving the 2014 Keystone Montana recreational vehicle (the "RV") securing its claim, including its right to self-help repossess or otherwise foreclose upon the RV, which is described as follows:

**2014, MONTANA, 375FLF, VIN 4YDF37528E4730689**

2. That this Order granting relief from the automatic stay is entered for the sole purpose of allowing IBERIABANK to pursue in rem relief against the property and any other remedies IBERIABANK may have under applicable non-bankruptcy law; provided that IBERIABANK shall not seek or obtain an in personam judgment against the Debtor.

3. IBERIABANK may not enforce any personal liability against the Debtor as long as the Debtor is under the protection of the bankruptcy court and receives a discharge in this bankruptcy case.

4. The fourteen (14) day stay of this Order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived; this Order is final and is effective immediately upon entry.

###

Submitted by and copies furnished to:

Stephen P. Drobny, Esq.
JONES WALKER LLP
201 Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
rbruckmann@joneswalker.com

Stephen P. Drobny is directed to serve a copy of this Order on all parties entitled to service and to file with the court a certificate of service conforming with Local Rule 2002-1(F).